Matter of Miami Entertainment Law Group v Sokoloff

2026 NY Slip Op 02881

May 7, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Miami Entertainment Law Group et al., Petitioners,

v

Hon. Lisa A. Sokoloff, etc., et al., Respondents.

Decided and Entered: May 07, 2026

Appeal No. 6566|Case No. 2026-00136|

Before: Moulton, J.P., Gesmer, Higgitt, Rosado, JJ.

Miami Entertainment Law Group, Bronx (Celeste N. McCaw of counsel), for petitioners.

Letitia James, Attorney General, New York (Anjali Bhat of counsel), for respondents.

[*1]

The above-named petitioners having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 7, 2026